# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANAURY 29, 2021

## NO. 03-21-00004-CR

**The State of Texas, Appellant**

**v.**

**Jordan Craig Wetz, Appellee**

**APPEAL FROM THE 433RD DISTRICT COURT OF COMAL COUNTY
BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment of conviction rendered by the trial court. The State of Texas has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows The State of Texas to withdraw the notice of appeal, and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.